

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

**FILED**

for the

Eastern District of California

OCT 2 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ AMC
DEPUTY CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:19-mj 0181-EFB |
| Jorge Lamas | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jorge Lamas                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
COUNT 1: Conspiracy to Manufacture at least 50 Marijuana Plants, in violation of 21 U.S.C. §§ 846 and 841(a)(1)
COUNT 2: Manufacture at least 50 Marijuana Plants, in violation of 21 U.S.C. § 841(a)(1)
COUNT 3: Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)

Date:   10/27/2019

_____
*Issuing officer's signature*

City and state:    Sacramento, California

United States Magistrate Judge Edmund F. Brennan
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 10-30-19 , and the person was arrested on *(date)* 10-30-19 at *(city and state)* LIVE OAK, CA . |
| Date: 10·30·19 |
| _____ *Arresting officer's signature* |
| DAVE STEVENSON DEA TFO *Printed name and title* |