1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   JUSTIN L. LEE
3  SHEA J. KENNY
   Assistant United States Attorneys
4
   501 I Street, Suite 10-100
5  Sacramento, CA 95814
   Telephone: (916) 554-2700
6
   Attorneys for Plaintiff
7  United States of America

**FILED**

NOV 0 7 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8

9                    UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO. 2:19-CR-192-MCE

12                      Plaintiff,          21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to
                                            Manufacture Marijuana; 21 U.S.C. § 841(a)(1) –
13              v.                          Manufacturing Marijuana; 18 U.S.C. § 924(c) –
                                            Discharge of a Firearm During and in Relation to a
14  CHRISTOPHER GARRY ROSS,                 Drug Trafficking Offense; 18 U.S.C. § 922(g)(5) –
    JUAN CARLOS VASQUEZ,                    Illegal Alien in Possession of Firearm; 21 U.S.C. §
15  RAMIRO BRAVO MORALES, and              853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. §
    JORGE LAMAS,                            2461(c) – Criminal Forfeiture
16
                       Defendants.
17

18

19              I N D I C T M E N T

20  COUNT ONE:  [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Manufacture Marijuana]

21      The Grand Jury charges: T H A T

22                       CHRISTOPHER GARRY ROSS,
                          JUAN CARLOS VASQUEZ,
23                     RAMIRO BRAVO MORALES, and
                            JORGE LAMAS,
24

25  defendants herein, between on or about July 1, 2019, and on or about October 25, 2019, in El Dorado

26  County, State and Eastern District of California, did conspire and agree with each other and with persons

27  known and unknown to the Grand Jury to knowingly and intentionally manufacture at least 100

28  marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code,

INDICTMENT                                    1

1  Sections 846 and 841(a)(1).

2  <u>COUNT TWO</u>:  [21 U.S.C. § 841(a)(1) – Manufacturing Marijuana]

3        The Grand Jury further charges: T H A T

4                  CHRISTOPHER GARRY ROSS,
                JUAN CARLOS VASQUEZ,

5                  RAMIRO BRAVO MORALES, and
                JORGE LAMAS,

6

7  defendants herein, between on or about July 1, 2019, and on or about October 25, 2019, in El Dorado

8  County, State and Eastern District of California, did knowingly and intentionally manufacture at least

9  100 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code,

10  Section 841(a)(1), and Title 18, United States Code, Section 2.

11  <u>COUNT THREE</u>:  [18 U.S.C. § 924(c) – Discharge of a Firearm During and in Relation to a Drug
                      Trafficking Offense]

12

13        The Grand Jury further charges: T H A T

14                  CHRISTOPHER GARRY ROSS,
                JUAN CARLOS VASQUEZ,

15                  RAMIRO BRAVO MORALES, and
                JORGE LAMAS,

16

17  defendants herein, between on or about July 1, 2019, and on or about October 23, 2019, in El Dorado

18  County, State and Eastern District of California, did knowingly use, carry, brandish, and discharge a

19  firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a drug

20  trafficking crime for which the defendants may be prosecuted in a court of the United States,

21  specifically, Conspiracy to Manufacture Marijuana, as alleged in Count One of this Indictment; the

22  aforementioned firearm is further described as a 9mm Smith & Wesson Model 59 pistol, bearing serial

23  number A712797; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

24  ///

25  ///

26  ///

27  ///

28  ///

1  COUNT FOUR:  [18 U.S.C. § 922(g)(5) – Illegal Alien in Possession of a Firearm]

2      The Grand Jury further charges: T H A T

3                          JUAN CARLOS VASQUEZ, and
                           RAMIRO BRAVO MORALES,
4

5  defendants herein, between on or about July 1, 2019, and on or about October 23, 2019 , in El Dorado

6  County, State and Eastern District of California, knowing that they were aliens illegally and unlawfully

7  in the United States, did knowingly possess a 9mm Smith & Wesson Model 59 pistol, bearing serial

8  number A712797, in and affecting commerce, in that said firearm had previously been transported in

9  interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5).

10  FORFEITURE ALLEGATION:  [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) –
                            Criminal Forfeiture]
11

12      1.      Upon conviction of one or more of the offenses alleged in Counts One and Two of this

13  Indictment, defendants CHRISTOPHER GARRY ROSS, JUAN CARLOS VASQUEZ, RAMIRO

14  BRAVO MORALES, and JORGE LAMAS shall forfeit to the United States pursuant to Title 21, United

15  States Code, Section 853(a), the following property:

16          a.      All right, title, and interest in any and all property involved in violations of Title

17  21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants

18  are convicted, and all property traceable to such property, including the following: all real or personal

19  property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of

20  such offenses; and all property used, or intended to be used, in any manner or part to commit or to

21  facilitate the commission of the offenses.

22          b.      A sum of money equal to the total amount of proceeds obtained as a result of the

23  offenses, or conspiracy to commit such offenses, for which defendants arc convicted.

24      2.      Upon conviction of the offenses alleged in Counts Three and Four of this Indictment,

25  defendants CHRISTOPHER GARRY ROSS, JUAN CARLOS VASQUEZ, RAMIRO BRAVO

26  MORALES, and JORGE LAMAS shall forfeit to the United States pursuant to Title 18, United States

27  Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and

28  ammunition involved in or used in the knowing commission of the offenses.

INDICTMENT                                    3

1   3.   If any property subject to forfeiture, as a result of the offenses alleged in Counts One

2   through Four of this Indictment, for which defendants are convicted:

3        a.   cannot be located upon the exercise of due diligence;

4        b.   has been transferred or sold to, or deposited with, a third party;

5        c.   has been placed beyond the jurisdiction of the Court;

6        d.   has been substantially diminished in value; or

7        e.   has been commingled with other property which cannot be divided without

8             difficulty;

9   it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28,

10  United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the

11  value of the property subject to forfeiture.

12

13                                          A TRUE BILL.

14

15                                          **/s/ Signature on file w/AUSA**

16                                          FOREPERSON

17  McGREGOR W. SCOTT
    United States Attorney

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                  4

No. _ _ _ _ _ _ _ _ _ _

2:19 - CR - 192 - MCE _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

CHRISTOPHER GARRY ROSS
JUAN CARLOS VASQUEZ
RAMIRO BRAVO MORALES
JORGE LAMAS

## I N D I C T M E N T

**VIOLATION(S):** 21 U.S.C. § 846, 841(a)(1) – Conspiracy to Manufacture Marijuana; 21 U.S.C. § 841(a)(1) – Manufacturing Marijuana; 18 U.S.C. § 924(c) – Discharge of a Firearm During and in Relation to a Drug Trafficking Offense; 18 U.S.C. § 922(g)(5) – Illegal Alien in Possession of Firearm; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ 7 _ _ _ _ _ _ *day*

*of* Nov _ _ _ _ _ , *A.D. 20* 19 _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _    **NO PROCESS NECESSARY** — Jorge Lamas
— Christopher Ross
**NO BAIL WARRANT PENDING HEARING** — Juan Vasquez
Ramiro Morales

GPO 863 525

**United States v. Christopher Garry Ross et. al**
**Penalties for Indictment**

**Defendants**
**Christopher Garry Ross**
**Juan Carlos Vasquez**
**Ramiro Bravo Morales**
**Jorge Lamas**

**COUNT 1:**          **ALL DEFENDANTS**

VIOLATION:          21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Manufacture Marijuana

PENALTIES:          Mandatory minimum of 5 years in prison and a maximum of up to 40
                    years in prison; or
                    Fine of up to $5,000,000; or both fine and imprisonment
                    Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**          **ALL DEFENDANTS**

VIOLATION:          21 U.S.C. § 841(a)(1) – Manufacture Marijuana

PENALTIES:          Mandatory minimum of 5 years in prison and a maximum of up to 40
                    years in prison; or
                    Fine of up to $5,000,000; or both fine and imprisonment
                    Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**          **ALL DEFENDANTS**

VIOLATION:          18 U.S.C. § 924(c) – Discharge of a Firearm During and In Relation to a
                    Drug Trafficking Offense

PENALTIES:          Mandatory minimum of 10 years in prison and a maximum of up to life in
                    prison; or
                    Fine of up to $250,000; or both fine and imprisonment
                    A five-year term of Supervised Release
                    ** Term of imprisonment must run consecutive to any other term of
                    imprisonment imposed. **

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**      **Juan Carlos Vasquez**
                   **Ramiro Bravo Morales**

VIOLATION:     18 U.S.C. § 922(g)(5) - Alien in possession of firearm

PENALTIES:     Not more than 120 months,
                    Not more than $250,000 fine or both
                    A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**   **ALL DEFENDANTS**

VIOLATION:     18 U.S.C. § 924(d)(1) 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c) -
                    Criminal Forfeiture

PENALTIES:     As stated in the charging document