DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
JORGE LAMAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORGE LAMAS, <br><br> Defendant. | No. 2:19-CR-00192 MCE <br><br> STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO JANUARY 9, 2020, AT 10:00 A.M. |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendant, JORGE LAMAAS, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, and JUSTIN LEE Assistant U.S. Attorney, that the status conference presently set for December 4, 2019, should be continued to January 9, 2020, at 10:00 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

STIPULATION AND ORDER                          1

The reasons for the continuance are that the defense has received some discovery in the Spanish language and will need to have it interpreted. Additionally, the defense is awaiting additional reports and other information. Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial. The continuance is also necessary to ensure continuity of counsel. Accordingly, the time between December 4, 2019 and January 9, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: November 27, 2019    U.S. ATTORNEY

by: /s/ David D. Fischer for
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: November 27, 2019    /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
JORGE LAMAS

**O R D E R**

IT IS SO ORDERED.

Dated: December 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE