1  MCGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:19-CR-00192-MCE

12                        Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL
13            v.                         ACT; ORDER

14  JORGE LAMAS,                         DATE: January 9, 2020
                                         TIME: 10:00 a.m.
15                        Defendant.     COURT: Hon. Morrison C. England, Jr.

16

17                            **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.    By previous order, this matter was set for status on January 9, 2020.

21  Subsequently, the Court sua sponte continued the matter to April 2, 2020.

22       2.    By this stipulation, defendant now moves to continue the status conference

23  until March, 3, 2020, and to exclude time between January 9, 2020, and March, 3, 2020,

24  under Local Code T4.

25       3.    The parties agree and stipulate, and request that the Court find the

26  following:

27            a)    The government has represented that the discovery produced in this

28  case includes police reports and audio/video recordings. All of this discovery has

been produced directly to counsel.

b)     Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, review the discovery, and otherwise prepare for trial.

c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2020 to March, 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 6, 2020                          MᴄGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ JUSTIN L. LEE
                                                 JUSTIN L. LEE
                                                 Assistant United States Attorney


Dated:  January 6, 2020                          /s/ DAVID D. FISCHER
                                                 DAVID D. FISCHER
                                                 (as authorized on January 6, 2020)
                                                 Counsel for Defendant
                                                 JORGE LAMAS


# ORDER

Pursuant to the above stipulation of the parties and the order of this Court (ECF No. 22), this matter is advanced to March 3, 2020, before the Honorable John A. Mendez. Time is excluded as set forth above.

IT IS SO ORDERED.


DATED:  January 7, 2020


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE