1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                  UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-00192-MCE

12                        Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL
13            v.                          ACT; ORDER

14 JORGE LAMAS,                           DATE: August 20, 2020
                                          TIME:  10:00 a.m.
15                        Defendant.      COURT: Hon. Morrison C. England, Jr.

16

17                       **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20        1.     By previous order, this matter was set for status on August 20, 2020.

21        2.     By this stipulation, the defendant now moves to continue the status

22 conference until October 8, 2020, and to exclude time between August 20, 2020, and

23 October 8, 2020, under Local Code T4.

24        3.     The parties agree and stipulate, and request that the Court find the

25 following:

26               a)     The government has represented that the discovery produced in this

27 case includes police reports and audio/video recordings.  All of this discovery has

28 been produced directly to counsel.  The United States anticipates producing

---

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

additional discovery associated with the related state court proceeding in El Dorado County Superior Court.

b) On June 30, 2020, current defense counsel Jesse I. Santana replaced prior defense counsel David Fischer.

c) Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, review the discovery, and otherwise prepare for trial.

d) Counsel for the defendant and the United States have discussed potential pre-trial motions in this matter. The parties anticipate setting a briefing schedule at the next scheduled status hearing.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2020 to October 8, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 12, 2020                    McGREGOR W. SCOTT
                                           United States Attorney


                                           /s/ JUSTIN L. LEE
                                           JUSTIN L. LEE
                                           Assistant United States Attorney


Dated:  August 12, 2020                    /s/ JESSE I. SANTANA
                                           JESSE I. SANTANA
                                           Counsel for Defendant
                                           JORGE LAMAS


# ORDER

IT IS SO ORDERED.

Dated:  August 17, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE