McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00192-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JORGE LAMAS, | DATE: October 8, 2020 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 8, 2020.

2. By this stipulation, the defendant now moves to continue the status conference until December 17, 2020, and to exclude time between October 8, 2020, and December 17, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery produced in this case includes police reports and audio/video recordings. All of this discovery has been produced directly to counsel. The United States anticipates producing

1   additional discovery associated with the related state court proceeding in El Dorado
2   County Superior Court.
3         b)   On June 30, 2020, current defense counsel Jesse I. Santana replaced
4   prior defense counsel David Fischer.
5         c)   Counsel for defendant desires additional time to consult with his
6   client, conduct investigation and research related to the charges, review the
7   discovery, and otherwise prepare for trial.
8         d)   Counsel for the defendant and the United States have discussed
9   potential pre-trial motions in this matter.  The parties anticipate setting a briefing
10  schedule at the next scheduled status hearing.
11        e)   Counsel for defendant believes that failure to grant the above-
12  requested continuance would deny him the reasonable time necessary for effective
13  preparation, taking into account the exercise of due diligence.
14        f)   The government does not object to the continuance.
15        g)   Based on the above-stated findings, the ends of justice served by
16  continuing the case as requested outweigh the interest of the public and the
17  defendant in a trial within the original date prescribed by the Speedy Trial Act.
18        h)   For the purpose of computing time under the Speedy Trial Act, 18
19  U.S.C. § 3161, et seq., within which trial must commence, the time period of
20  October 8, 2020, to December 17, 2020, inclusive, is deemed excludable pursuant to
21  18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
22  continuance granted by the Court at defendant's request on the basis of the Court's
23  finding that the ends of justice served by taking such action outweigh the best
24  interest of the public and the defendant in a speedy trial.
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 28, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  September 28, 2020

/s/ JESSE I. SANTANA
JESSE I. SANTANA
Counsel for Defendant
JORGE LAMAS

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:  September 29, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE