**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Jorge Lamas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE LAMAS,<br><br>  Defendant. | No. 2:19-CR-00192-MCE<br><br>**DEFENDANT JORGE LAMAS' REQUEST TO PROCEED WITH THE DECEMBER 17, 2020 STATUS CONFERENCE HEARING VIA VIDEOCONFERENCE OR OTHER MEANS, WAIVER OF HIS PERSONAL APPEARANCE, AND CONSENT FOR MR. LAMAS' ATTORNEY TO SIGN HIS NAME ELECTRONICALLY, AND TO SIGN MR. LAMAS' CONSENT OR WAIVER ON HIS BEHALF; AND ORDER**<br><br>Judge: Honorable Morrison C. England, Jr. |

Pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, H.R. 748 (March 27, 2020), and the Court's General Orders 611-616, defendant Jorge Lamas hereby requests that the Court proceeds with the December 17, 2020 status conference, and permits him to appear by videoconference or appear telephonically if VTC is not reasonably available. In General Order 614, the Court found that such hearings generally cannot be conducted in person in this district without seriously jeopardizing public health and safety. Due to the coronavirus pandemic and other considerations as set forth in General Orders 614 and 616, the Court

1    authorized the use of videoconferencing or other means to conduct proceedings remotely with
2    defense counsel and defendants sometimes in separate locations.

3    In General Order 616, the Court found that, due to the public health situation relating to
4    COVID-19, it may be impracticable, if not impossible, to obtain defendants' actual signatures on
5    documents for consent or waiver of certain rights in a timely and safe manner as required by some
6    Federal Rules of Criminal Procedure.  As a result, the Court found that any document may be
7    signed electronically using the format "/s/ name," where a defendant's signature is called for,
8    defense counsel may sign electronically on the defendant's behalf using the format "/s/ name"
9    and file the signed document electronically after defendant has an opportunity to consult with
10   counsel, and consents to counsel's signing on defendant's behalf, and where consent or waiver is
11   not explicitly required to be in writing, such consent or waiver may be obtained in whatever form
12   is most practicable under the circumstances, so long as the defendant's consent or waiver is
13   clearly reflected on the record.

14   Mr. Lamas has told counsel that he consents to the December 17, 2020 status conference
15   hearing via the videoconference/teleconference procedure set forth in the CARES Act and
16   adopted by the Court in General Order 614.  That consent need not be in writing.  (Gen. Order
17   614, p. 2.)  To the extent that Mr. Lamas has a right to have the Judge be personally present in
18   Court at the time of the status conference hearing, he waives that right, whether it arises under the
19   Federal Rules of Criminal Procedure, the United States Code, the U.S. Constitution, or any other
20   law.  He further waives any claim of error, on any basis, that these hearings should not have been
21   held without the Judge or parties being physically present in Court.

22   Mr. Lamas has also told counsel that he consents to his counsel signing electronically on
23   Mr. Lamas' behalf, and that where Mr. Lamas' consent or waiver is not explicitly required to be
24   in writing, such consent or waiver may be obtained in whatever form is most practicable under
25   the circumstances as set forth in General Order 616.

26   I hereby concur in Mr. Lamas' request to proceed with the December 17, 2020 status
27   conference hearing via videoconference or other means, waiver of his personal appearance, and
28   ///

consent for his attorney to sign Mr. Lamas' name electronically and to sign Mr. Lamas' consent or waiver on his behalf.

                              Respectfully Submitted,

Date: December 11, 2020.       /s/ Jesse I. Santana
                                   JESSE I. SANTANA

                                   Attorney for Defendant
                                   Jorge Lamas

     I agree to the above.  I also hereby request that the Court proceeds with the December 17, 2020 status conference hearing via videoconference or other means, I waive my personal appearance at the December 17, 2020 status conference hearing, and I consent to my attorney signing my name electronically for my consent or waiver.

                              Respectfully Submitted,

Date: December 11, 2020.       /s/ Jorge Lamas
                                   DEFENDANT JORGE LAMAS

**FINDINGS AND ORDER**

For good cause shown, the Court hereby specifically finds that:

a) The status conference hearing in this case may proceed on December 17, 2020;

b) Defendant Jorge Lamas has waived his physical appearance at the December 17, 2020 status conference hearing and consents to remote hearing by Videoconference; and

c) Defendant Jorge Lamas consents for his attorney to sign Mr. Lamas' name electronically and to sign Mr. Lamas' consent or waiver on his behalf.

Therefore, based on the findings above, and under the Court's authority under Section 15002(b) of the CARES Act and General Order 614, the December 17, 2020 status conference hearing will be conducted by Videoconference.

IT IS SO ORDERED.

Dated: December 11, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE