1  McGREGOR W. SCOTT
United States Attorney
2  JUSTIN L. LEE
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
United States of America
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:19-CR-00192-MCE

12                        Plaintiff,   STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL
13              v.                     ACT; FINDINGS AND ORDER

14  JORGE LAMAS,                       DATE: December 17, 2020
                                       TIME:  10:00 a.m.
15                        Defendant.   COURT: Hon. Morrison C. England, Jr.

16

17                          **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for status on December 17, 2020.

21      2.      By this stipulation, the defendant now moves to continue the status

22  conference until March 11, 2021, and to exclude time between December 17, 2020, and

23  March 11, 2021, under Local Code T4.

24      3.      Additionally, the parties jointly request that the Court set the following

25  briefing schedule:

26      a)      January 4, 2021 – The defendant shall file any motions to suppress;

27      b)      February 1, 2021 – The United States shall file its opposition;

28      c)      February 15, 2021 – The defendant shall file his reply; and

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1     d)     March 11, 2021 – Non-evidentiary motion hearing.

2     4.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery produced in this case includes police reports and audio/video recordings.  All of this discovery has been produced directly to counsel.  The United States anticipates producing additional discovery associated with the related state court proceeding in El Dorado County Superior Court.

b)     On June 30, 2020, current defense counsel Jesse I. Santana replaced prior defense counsel David Fischer.

c)     Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, review the discovery, and otherwise prepare for trial.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2020, to March 11, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: December 14, 2020        McGREGOR W. SCOTT
United States Attorney


/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney


Dated: December 14, 2020        /s/ JESSE I. SANTANA
JESSE I. SANTANA
Counsel for Defendant
JORGE LAMAS


**FINDINGS AND ORDER**

The Court orders the parties to comply with the following briefing schedule:

a) January 4, 2021 – The defendant shall file any motions to suppress;

b) February 1, 2021 – The United States shall file its opposition;

c) February 15, 2021 – The defendant shall file his reply; and

d) March 11, 2021 – Non-evidentiary motion hearing.

IT IS SO ORDERED.

Dated: December 15, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE