**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Jorge Lamas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORGE LAMAS, <br><br> Defendant. | No. 2:19-CR-00192-MCE <br><br> **DEFENDANT JORGE LAMAS'S REQUEST TO PROCEED WITH STATUS CONFERENCE HEARING MARCH 25, 2021 VIA VIDEOCONFERENCE OR OTHER MEANS, WAIVER OF HIS PERSONAL APPEARANCE, AND CONSENT FOR MR. LAMAS'S ATTORNEY TO SIGN HIS NAME ELECTRONICALLY, AND TO SIGN MR. LAMAS'S CONSENT OR WAIVER ON HIS BEHALF; AND PROPOSED ORDER** <br><br> Judge: Honorable Morrison C. England, Jr. |

Pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, H.R. 748 (March 27, 2020), and the Court's General Orders 611-616, defendant Jorge Lamas hereby requests that the Court proceeds with the March 25, 2021 status conference, and permits him to appear by videoconference or appear telephonically if VTC is not reasonably available. In General Order 614, the Court found that such hearings generally cannot be conducted in person in this district without seriously jeopardizing public health and safety. Due to the coronavirus pandemic and other considerations as set forth in General Orders 614 and 616, the Court

1   authorized the use of videoconferencing or other means to conduct proceedings remotely with
2   defense counsel and defendants sometimes in separate locations.

3   In General Order 616, the Court found that, due to the public health situation relating to
4   COVID-19, it may be impracticable, if not impossible, to obtain defendants' actual signatures on
5   documents for consent or waiver of certain rights in a timely and safe manner as required by some
6   Federal Rules of Criminal Procedure.  As a result, the Court found that any document may be
7   signed electronically using the format "/s/ name," where a defendant's signature is called for,
8   defense counsel may sign electronically on the defendant's behalf using the format "/s/ name"
9   and file the signed document electronically after defendant has an opportunity to consult with
10  counsel, and consents to counsel's signing on defendant's behalf, and where consent or waiver is
11  not explicitly required to be in writing, such consent or waiver may be obtained in whatever form
12  is most practicable under the circumstances, so long as the defendant's consent or waiver is
13  clearly reflected on the record.

14  Mr. Lamas has told counsel that he consents to the March 25, 2021 status conference
15  hearing via the videoconference/teleconference procedure set forth in the CARES Act and
16  adopted by the Court in General Order 614.  That consent need not be in writing.  (Gen. Order
17  614, p. 2.)  To the extent that Mr. Lamas has a right to have the Judge be personally present in
18  Court at the time of the status conference hearing, he waives that right, whether it arises under the
19  Federal Rules of Criminal Procedure, the United States Code, the U.S. Constitution, or any other
20  law.  He further waives any claim of error, on any basis, that these hearings should not have been
21  held without the Judge or parties being physically present in Court.

22  Mr. Lamas has also told counsel that he consents to his counsel signing electronically on
23  Mr. Lamas's behalf, and that where Mr. Lamas's consent or waiver is not explicitly required to be
24  in writing, such consent or waiver may be obtained in whatever form is most practicable under
25  the circumstances as set forth in General Order 616.

26  I hereby concur in Mr. Lamas's request to proceed with the March 25, 2021 status
27  conference hearing via videoconference or other means, waiver of his personal appearance, and
28  consent for his attorney to sign Mr. Lamas's name electronically and to sign Mr. Lamas's consent

1 | or waiver on his behalf.

                                        Respectfully Submitted,

Date: January 25, 2021.            /s/ Jesse I. Santana
                                          JESSE I. SANTANA

                                          Attorney for Defendant
                                          Jorge Lamas

     I agree to the above.  I also hereby request that the Court proceeds with the March 25, 2021 status conference hearing via videoconference or other means, I waive my personal appearance at the March 25, 2021 status conference hearing, and I consent to my attorney signing my name electronically for my consent or waiver.

                                          Respectfully Submitted,

Date: January 25, 2021.            /s/ Jorge Lamas
                                          DEFENDANT JORGE LAMAS

<u>ORDER</u>

For good cause shown, the Court hereby specifically finds that:

a) The March 25, 2021 status conference hearing cannot be further delayed without serious harm to the interest of justice;

b) Defendant Jorge Lamas consents for his attorney to sign Mr. Lamas's name electronically and to sign Mr. Lamas's consent or waiver on his behalf; and

c) Defendant Jorge Lamas has waived his physical appearance at the March 25, 2021 status conference hearing and consents to remote hearing by Videoconference.

Therefore, based on the findings above, and under the Court's authority under Section 15002(b) of the CARES Act and General Order 614, the March 25, 2021 status conference hearing will be conducted by Videoconference.

IT IS SO ORDERED.

Dated: January 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE