**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910
jesse@santanalaw.net

Attorney for Defendant
Jorge Lamas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ROSS, JUAN CARLOS VASQUEZ, RAMIRO BRAVO MORALES, and JORGE LAMAS,<br><br>Defendants. | No. 2:19-CR-00192-MCE<br><br>**STIPULATION TO CONTINUE THE HEARING ON DEFENDANT JORGE LAMAS' MOTIONS TO SUPPRESS EVIDENCE, TO QUASH THE SEARCH AND SEIZURE WARRANTS AND REQUEST FOR EVIDENTIARY HEARING TO MAY 27, 2021, FOR AN EXTENSION OF TIME FOR MR. LAMAS TO FILE A REPLY BRIEF UNTIL APRIL 26, 2021, ANDTO EXCLUDE TIME BETWEEN MARCH 18, 2021 AND MAY 27, 2021; AND ORDER**<br><br>Judge: Honorable Morrison C. England, Jr. |

**STIPULATION**

Defendant Jorge Lamas, by and through his attorney Jesse I. Santana, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. The hearing on Mr. Lamas' motions to suppress evidence, to quash the

search and seizure warrants, and request for an evidentiary hearing is presently scheduled on March 18, 2021. Mr. Lamas presently has until February 15, 2021 to file his reply brief in support of his motions and request.

2. By this stipulation, Mr. Lamas moves to continue the hearing on his motions and request for an evidentiary hearing to May 27, 2021, to extend the time in which to file a reply brief to April 26, 2021, and to exclude time between March 18, 2021 and May 27, 2021 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) In the declaration of Aaron Lopez in support of the opposition to Mr. Lamas' motions and request for an evidentiary hearing, detective Lopez provides copies of a "Miranda Warning in Spanish" which he claims that he read to Mr. Lamas on October 25, 2019, and his November 6, 2019 supplemental report that summarizes his interview of Mr. Lamas. Prior to receipt of detective Lopez's declaration, the defense had not been provided with either the "Miranda Warning in Spanish" or detective Lopez's November 6, 2019 supplemental report.

  b) After receipt of the "Miranda Warning in Spanish" and detective Lopez's November 6, 2019 supplemental report, Mr. Lamas' attorney requested that the government provide further discovery of the recordings of when Mr. Lamas was transported from Sacramento to the El Dorado County Sheriff's Department, which are essential to the issues in Mr. Lamas' motions and request for an evidentiary hearing. U.S. Attorney Justin Lee stated he does not have those recordings in his possession, and that he would request those recordings. In light of Mr. Lee's representations that he will be specifically requesting the above discovery, Mr. Lamas' attorney does not intend on filing a motion to compel discovery.

1      c)      Mr. Lamas' attorney requests that the February 15, 2021 deadline for filing a reply brief be extended to April 26, 2021 and that the March 18, 2021 hearing on the motions and request for an evidentiary hearing be continued to May 27, 2021, so that he has sufficient time to review the anticipated discovery before he files his reply brief in support of the motions and request for an evidentiary hearing.

d)      Mr. Lamas' attorney believes that failure to grant the above-requested continuance and extension of time in which to file a reply brief would deny him the reasonable time necessary to receive and analyze the above discovery and for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance or to the extension of time in which to file a reply brief.

f)      Based on the above-findings, the ends of justice served by continuing the hearing on the motions and request for an evidentiary hearing and extending the time in which to file a reply brief as requested outweighs the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2021 to May 27, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date:  February 5, 2021.          /s/ Jesse I. Santana
                                  Jesse I. Santana

                                  Attorney for Defendant
                                  Jorge Lamas


Date:  February 5, 2021.          /s/ Justin L. Lee
                                  Justin L. Lee

                                  Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  February 8, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE