**Mauri Kathryn Fitzgibbon**
California State and Federally Certified Interpreter
213 Lakeview Drive
Napa, CA 94559
e-mail:  fitzgibbonmk@gmail.com
Cell Phone:  (530) 219-8349

**Education**

**Certification by the Administrative Office of the United States Courts, Federal Court Interpreter: Spanish.**  December 1999
**Certification by California Judicial Council/Administrative Office of the Courts, Court Interpreter:  Spanish.**  May 1998
**Professional Course in Conference Interpreting**.  Babel 2000, Madrid, Spain.  1993
**Three years graduate course work toward Ph.D. in Comparative Literature (to dissertation level), Universidad de Santiago de Compostela, Spain**.  1994-1997.  Course work included comprehensive examinations in Latin (language and literature) and Old French (morphology, phonetics and literature) for Spain/U.S. equivalency requirements as well as 32 units of graduate literature seminars.
**Bachelor of Arts, French Language and Literature.  University of California, Davis**.  Highest Honors awarded upon graduation, 1991.

**Work Experience**

**Certified Court Interpreter**, May 1998-present.  I have contracted with the U.S. Federal Government, Federal Defender's Office and U.S. Attorney's Office and with the following counties:  Napa, Yolo, Sacramento, San Joaquin, Placer, Nevada, Colusa, Glenn and San Diego on a wide variety of interpreter matters for over nearly 20 years.  I have also contracted with numerous agencies for depositions, QME's, arbitrations and other non-court hearings, including California Translations, Carmazzi Group, Optimal Care, Ubiqus, 3i Interpreting, Multilingual Translations, Granda, Arce, and Berlitz. I am currently a part-time employee with the Sacramento Superior Court, where I have been on staff since 2005.

**Free-lance Simultaneous/Consecutive Conference Interpreter in Spain**, 1993-1997.  Contracted with the following agencies and organizations:
- Interlingua Traducciones, Coruña, Spain

- Skinner & Asociados, Traductores e Intérpretes, Vigo, Spain
- Centro Gallego de Arte Contemporáneo, Santiago de Compostela, Spain
- Universidad de Santiago de Compostela, Santiago, Spain
- Escuela Gallega de Administración Pública, Spain
- Petrolite Ibérica, Madrid, Spain
- Museo de la Reina Sofía, Madrid, Spain

Work included numerous international conferences, seminars and conventions on a wide variety of topics, such as education, public policy, medicine, business, fine arts, and history.  Clients included the European Union, School of Medicine of the Universidad de Santiago de Compostela, Society for International Development, European Association of Biologists, the Xunta de Galicia (Regional Government of Galicia, Spain), and the European Association of Archaeologists.

**Free-lance Translator 1993-present.**  I have contracted with a wide variety of private and governmental agencies and organizations for written translations, including those listed above.
I have completed extensive translation work in the following fields: legal contracts, scholarly and professional articles, business reports and correspondence, technical manuals, political speeches and scientific papers.


**Awards and Honors**
University of California, Davis:
- Regents Scholar, 1986-1991
- Fulmor Scholar, 1986-1991
- Phi Beta Kappa, 1991 (awarded upon graduation)
- Pi Delta Phi (French Honor Society), 1991 (awarded upon graduation)
- Recipient of fellowship from the French Government for study abroad at the University of Pau, France through the EAP program at the University of California, 1988-89.

*References available upon request.*