

ROSS 000010