ROSS_000014