

ROSS_000018