

ROSS_000016