Jesse I. Santana (State Bar No. 132803)
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910
jesse@santanalaw.net

Attorney for Defendant
Jorge Lamas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ROSS, JUAN CARLOS VASQUEZ, RAMIRO BRAVO MORALES, and JORGE LAMAS,<br><br>Defendants. | No. 2:19-CR-00192-MCE<br><br>**STIPULATION TO CONTINUE THE HEARING ON DEFENDANT JORGE LAMAS' MOTIONS TO SUPPRESS EVIDENCE, TO QUASH THE SEARCH AND SEIZURE WARRANTS AND REQUEST FOR EVIDENTIARY HEARING TO JUNE 17, 2021, FOR AN EXTENSION OF TIME FOR MR. LAMAS TO FILE A REPLY BRIEF UNTIL MAY 24, 2021, AND TO EXCLUDE TIME BETWEEN MAY 27, 2021 AND JUNE 17, 2021; AND ORDER**<br><br>Judge: Honorable Morrison C. England, Jr. |

**STIPULATION**

Defendant Jorge Lamas, by and through his attorney Jesse I. Santana, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

    1.    The hearing on Mr. Lamas' motions to suppress evidence, to quash the

1

1   search and seizure warrants, and request for an evidentiary hearing is presently scheduled on May 27, 2021. Mr. Lamas presently has until April 26, 2021 to file his reply brief in support of his motions and request.

2.  By this stipulation, Mr. Lamas moves to continue the hearing on his motions and request for an evidentiary hearing to June 17, 2021, to extend the time in which to file a reply brief to May 24, 2021, and to exclude time between May 27, 2021 and June 17, 2021 under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

   a) The government has provided Mr. Lamas' attorney with further discovery that is pertinent to Mr. Lamas' motions and request for an evidentiary hearing.

   b) Mr. Lamas' attorney requests that the April 26, 2021 deadline for filing a reply brief be extended to May 24, 2021 and that the May 27, 2021 hearing on the motions and request for an evidentiary hearing be continued to June 17, 2021, so that he has sufficient time to review the discovery before he files his reply brief in support of the motions and request for an evidentiary hearing.

   c) Mr. Lamas' attorney believes that failure to grant the above-requested continuance and extension of time in which to file a reply brief would deny him the reasonable time necessary to review and analyze the above discovery and for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance or to the extension of time in which to file a reply brief.

   e) Based on the above-findings, the ends of justice served by continuing the hearing on the motions and request for an evidentiary hearing and extending

the time in which to file a reply brief as requested outweighs the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 27, 2021 to June 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Date: April 19, 2021.  /s/ Jesse I. Santana
          Jesse I. Santana

          Attorney for Defendant
          Jorge Lamas

Date: April 19, 2021.  /s/ Justin L. Lee
          Justin L. Lee

          Assistant United States Attorney

**ORDER**

 IT IS SO ORDERED.

Dated: April 27, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE