UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LAMAS,<br><br>Defendant. | No. 2:19-cr-00192-MCE-04<br><br>ORDER |

The Court makes the following findings and orders:

I. <u>DATE AND LENGTH OF HEARING</u>

An Evidentiary Hearing is confirmed on July 13, 2021, at 10:0 a.m. in courtroom 7. The estimated length of hearing is two (2) days. The Court will permit each side up to thirty minutes for closing arguments unless otherwise specifically ordered by the Court. The United States will be permitted to reserve time for rebuttal purposes but will be required to monitor any time so reserved.

II. <u>WITNESSES</u>

The parties are ordered to file their witness lists on or before **July 6, 2021**. Each party may call a witness designated by the other. The parties must expressly reserve the right to call additional witnesses at the hearing.

///

1

### III. EXHIBITS - SCHEDULES AND SUMMARIES

The parties are ordered to file their exhibit lists on or before **July 6, 2021**. The parties must expressly reserve the right to offer additional exhibits at the hearing.

The United States' exhibits shall be listed numerically. Defendant's exhibits shall be listed alphabetically. After A-Z is exhausted, defense counsel is to use A2 through Z2, then begin with A3 through Z3, and so on. Each page in all multi-page exhibits shall be marked for identification and all photographs must be marked individually. A footer must be used to mark exhibits and must be in the following format: Case Number, Case Name, Party Offering Exhibit, Exhibit Number or Letter, Page of Exhibit with length of exhibit.[1]

Each party may use an exhibit designated by the other. In the event the United States and the Defendant offer the same exhibit during the hearing, that exhibit shall be referred to by the designation the exhibit is first identified. The Court cautions the parties to pay attention to this detail so that all concerned, including the jury, will not be confused by one exhibit being identified by both the United States and the Defendant.

Exhibit lists must be in Microsoft Word, filed in the table format shown below, and emailed to mceorders@caed.uscourts.gov by **July 6, 2021**.

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Not later than **July 6, 2021**, the parties are ordered to upload an electronic version of exhibits and their exhibit lists using the following Box.com link:

https://caed.app.box.com/f/23afaf30219d4343811cf04f19e4e99d

---

[1] Example of exhibit stamp footer.

Unless otherwise ordered by the Court, the parties shall retain custody of any physical exhibits incapable of being submitted electronically and shall remain responsible for the custody of those exhibits throughout the duration of the trial.

IV. <u>CHOICE NOT TO FILE DOCUMENTS</u>

Should either party choose not to file a witness list or exhibit list, that party must notify the Court <u>in writing</u> by **July 6, 2021**, that it will not be filing such documents.

V. <u>AUDIO/VISUAL EQUIPMENT</u>

The parties are required to <u>file electronically</u> a joint request to the Courtroom Deputy by **June 19, 2021** if they wish to reserve and arrange for orientation with all parties on the Court's mobile audio/visual equipment for presentation of evidence. There will be one date and time for such orientation.

VI. <u>PERSONS WITH COMMUNICATION DISABILITIES</u>

To the extent the services of a foreign language interpreter, sign language interpreter or other appropriate auxiliary aids and services are required during the course of this hearing, counsel is to notify the Court, in writing, not later than **June 29, 2021**, in addition to contacting the Access Coordinator/Staff Interpreter, Yolanda Riley-Portal, at (916) 930-4221 or yriley-portal@caed.uscourts.gov. The foreign language interpreter must be a court certified interpreter in good standing and have an oath on file with this Court prior to the commencement of trial.

VII. <u>OBJECTIONS TO ORDER</u>

The parties may file an objection or request augmentation of this Order not later than **June 25, 2021**. This Order will be modified only upon a showing of manifest injustice. If no objection or modifications are made, this Order will become final without further order of the Court and shall control the subsequent course of the action.

Dated: June 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE