PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JORGE LAMAS,<br><br>                Defendant. | CASE NO. 2:19-CR-00192-MCE<br><br>STIPULATION TO VACATE EVIDENTIARY HEARING AND SCHEDULE STATUS CONFERENCE<br><br>DATE: July 13, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a two-day evidentiary hearing beginning on July 13, 2021. ECF 75. The Court's order also set forth various deadlines in advance of the evidentiary hearing. *Id.*

2. On June 24, 2021, counsel for the defendant was admitted to the hospital for a medical condition. On June 25, 2021, the parties conferred regarding counsel's ability to prepare for the upcoming evidentiary hearing, including meeting the Court's deadlines. Based on the facts that counsel for the defendant will be hospitalized for several days and will undergo surgery to address the medical condition, the parties agreed it was appropriate to request to reschedule the evidentiary hearing. Counsel for the defendant

will not be able to prepare for the hearing nor meet the required deadlines while he is hospitalized.

3. Accordingly, by this stipulation, the parties jointly request that the Court vacate the July 13, 2021 evidentiary hearing, suspend the current deadlines, and set the matter for a status conference on July 29, 2021. The parties anticipate being prepared to set a new date for the evidentiary hearing at the July 29 status conference.

IT IS SO STIPULATED.

Dated: June 25, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: June 25, 2021

/s/ JESSE I. SANTANA
JESSE I. SANTANA
Counsel for Defendant
JORGE LAMAS

**ORDER**

Good cause having been shown, the Court adopts the stipulation of the parties as its order. The Court orders the that the July 13, 2021 evidentiary hearing is hereby VACATED. The parties shall appear for a status hearing on July 29, 2021, at 10:00 a.m. at which time the parties shall be prepared to set a new date for the evidentiary hearing.

IT IS SO ORDERED.

Dated: July 2, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE