PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORGE LAMAS, <br><br> Defendant. | CASE NO. 2:19-CR-00192-MCE <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE <br><br> DATE: July 29, 2021 <br> TIME: 10:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on July 29, 2021 regarding the defendant's pending motion to suppress and the scheduling of an evidentiary hearing. By this stipulation, the parties jointly request to continue the status hearing to September 2, 2021. The parties have engaged in plea negotiations that may resolve the case.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Accordingly, the parties are requesting a continuance of the status hearing to September 2 to allow those negotiations to continue and to exclude time under Local Code T4 to allow defense counsel to meet with the defendant and discuss resolution of the case.

IT IS SO STIPULATED.

Dated: July 28, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: July 28, 2021

/s/ JESSE I. SANTANA
JESSE I. SANTANA
Counsel for Defendant
JORGE LAMAS

**ORDER**

IT IS SO ORDERED.

Dated: August 3, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE