1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00192-MCE |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE RE: EVIDENTIARY HEARING** |
| v. | |
| JORGE LAMAS, | DATE: September 9, 2021 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on September 9, 2021 regarding the defendant's pending motion to suppress and the scheduling of an evidentiary hearing. By this stipulation, the parties jointly request to continue the status hearing to **September 30, 2021, at 10:00 a.m**. The parties have engaged in plea negotiations that may resolve the case. Accordingly, the parties are requesting a continuance of the status hearing to September 30 to allow those negotiations to continue and to exclude time under Local Code T4 to allow defense counsel to meet with the defendant and discuss resolution of the case.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  September 7, 2021                     PHILLIP A. TALBERT
                                              Acting United States Attorney


                                              /s/ JUSTIN L. LEE
                                              JUSTIN L. LEE
                                              Assistant United States Attorney


Dated:  September 7, 2021                     /s/ JESSE I. SANTANA
                                              JESSE I. SANTANA
                                              Counsel for Defendant
                                              JORGE LAMAS


## ORDER

IT IS SO ORDERED.


Dated:  September 7, 2021

                                              MORRISON C. ENGLAND, JR.
                                              SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                     2
PERIODS UNDER SPEEDY TRIAL ACT