1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00192-MCE
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE
13 | v. |
14 | JORGE LAMAS, | DATE: September 30, 2021
   |                 | TIME: 10:00 a.m.
15 | Defendant. | COURT: Hon. Morrison C. England, Jr.

16

17                         **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

1. By previous order, this matter was set for a status hearing on September 30, 2021 regarding the defendant's pending motion to suppress and the scheduling of an evidentiary hearing.  By this stipulation, the parties jointly request to continue the status hearing to October 7, 2021.  The parties have engaged in plea negotiations that may resolve the case.  Accordingly, the parties are requesting a continuance of the status hearing to October 7 to allow those negotiations to continue and to exclude time under Local Code T4 to allow defense counsel to meet with the defendant and discuss resolution of the case.

IT IS SO STIPULATED.

Dated:  September 28, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  September 28, 2021

/s/ JESSE I. SANTANA
JESSE I. SANTANA
Counsel for Defendant
JORGE LAMAS

**ORDER**

IT IS SO ORDERED.

Dated:  September 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE