UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 10, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JORGE LAMAS,<br><br>　　　　Defendant. | Case No. 2:19-cr-0192 KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  JORGE LAMAS  Case No.  2:19-cr-0192 KJM  Charges  21 U.S.C. §§ 846 and 841 (a)(1)  from custody for the following reasons:

　　_____ Release on Personal Recognizance

　　_____ Bail Posted in the Sum of $ _____

　　　　____ Unsecured Appearance Bond

　　　　_____ Appearance Bond with 10% Deposit

　　　　_____ Appearance Bond with Surety

　　　　_____ Corporate Surety Bail Bond

　　　　__x__ Other: TIME SERVED. Mr. Lamas to be released today, 1/10/2022.

Issued at Sacramento, California on January 10, 2022 at 10:26 A.M.

_____
CHIEF UNITED STATES DISTRICT JUDGE